IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CAMERON ODOM,<br><br>  Defendant. | Case No.: CR 4:21-MJ –70396<br><br>**ORDER RE: RELEASING DEFENDANT CAMERON ODOM FROM CUSTODY** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant CAMERON ODOM, whose is being housed at Alameda County - Santa Rita Jail and whose prisoner file number is  #UMD764, be immediately released from the custody of the United States Marshal.

IT IS FURTHER ORDERED that Mr. Odom shall be subject to the conditions of release previously set by Magistrate Robert Illman on April 5, 2021, Dkt. No. 7, with the following additional conditions: (1) Mr. Odom shall be subject to a curfew of 8:00 p.m. to 7:00 a.m, which may be modified by pretrial services for employment, educational, medical, or court appointments; (2) Mr. Odom shall be monitored by GPS electronic monitoring; (3) Mr. Odom may not travel outside the Northern District of California without the approval of pretrial services, and (4) Mr. Odom may not travel to Oakland, California, except as approved by pretrial services. All other conditions of release ordered by Judge Illman remain the same.

It Is So Ordered.

April 16, 2021
Dated

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

cc: Counsel; Pretrial Svcs; USM ; CRD to Magistrate Illman

RELEASE ORDER
*ODOM*, CR 4:21-MJ –MJ-70565  MAG