GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
JOYCE LEAVITT
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:	(510) 637-3500
Facsimile:	(510) 637-3507
Email:	Joyce_Leavitt@fd.org

Counsel for Defendant Odom

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON ODOM,<br><br>Defendant. | **Case No.:** CR 21–00259 JST<br><br>**DECLARATION OF JOYCE LEAVITT IN SUPPORT OF DEFENDANT'S REPLY TO MOTION TO SUPPRESS EVIDENCE**<br><br>**Court:**	Courtroom 6, 4th Floor<br>**Hearing Date:**	January 7, 2022<br>**Hearing Time:**	2:00 p.m. |

I, Joyce Leavitt, declare the following:

1. I am an Assistant Federal Public Defender appointed to represent defendant Cameron Odom in this case.

2. Attached as Exhibit 1 to this declaration are true and correct copies of documents provided by the government in discovery in this case. These documents are:

    (1) District Attorney Disposition Report (Bates 5);

    (2) Body Worn Camera/Dashcam Video Report (Bates 6);

    (3) Booking Fee Reimbursement (Bates 7);

  (4) apparent DMV records check for Mr. Odom (Bates 8);

  (5) Probable Cause for Warrantless Arrest (Bates 10);

  (6) apparent CRIMS report for Mr. Odom (Bates 11);

  (7) apparent CLETS report for Mr. Odom (Bates 15);

  (8) CHP Arrest - Investigation Report (Bates 19);

  (9) Consolidated Arrest Report (Bates 28);

  (10) Prison Property Receipt (Bates 29);

  (11) apparent DMV report for BMW Mr. Odom was driving (Bates 30);

  (12) Vehicle Report (Bates 32);

  (13) Incident Detail Report (Bates 33).

3. Submitted separately today as Exhibit 2 is a true and correct copy of a CHP dispatch audio recording provided by the government in discovery (Bates 85).

4. From conversations with my investigator, I understand that, on the Incident Detail Report the government provided in discovery (Bates 33), "1015" is the code for a suspect in custody; "1029," or "29," is the code for requesting a computer check on a person, vehicle or object; and "1127" is the code for a request to run a driver's license number.

5. From conversations with my investigator, I understand that, because CRIMS is an Alameda-County-specific database, a CRIMS check would turn up warrants only from Alameda County, not from any other county.  It also is my understanding that CHP officers would have access to the CLETS state-wide database through their MDCs.  Using CLETS would allow officers to search for outstanding warrants throughout the state.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on November 19, 2021, in Oakland, California.

            */s/ Joyce Leavitt*
            _____
            JOYCE LEAVITT

LEAVITT DECL.
*ODOM*, CR 21–00259 JST

2