# EXHIBIT 2

**EXHIBITS IN SUPPORT OF DEFENDANT'S REPLY TO MOTION TO SUPPRESS EVIDENCE**

**MANUALLY FILED EXHIBIT**

GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
JOYCE LEAVITT
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:    (510) 637-3507
Email:        Joyce_Leavitt@fd.org


Counsel for Defendant Odom


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON ODOM,<br><br>Defendant. | **Case No.:** CR 21–259 JST<br><br>**EXHIBIT 2: CHP DISPATCH AUDIO (BATES CO-000085)**<br><br>**Court:**  Courtroom 6, 4th  Floor<br>**Hearing Date:**  January 7, 2022<br>**Hearing Time:**  2:00 p.m. |

**MANUAL FILING NOTIFICATION**

<u>Regarding: EXHIBIT 2 to the DECLARATION of JOYCE LEAVITT.</u>

        This filing is in paper or physical form only, and is being maintained in the case file in the

Clerk's office. If you are a participant on this case, this filing will be served in hard copy shortly. For

information on retrieving this filing directly from the court, please see the court's main web site at

http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

        ___ Voluminous Document (PDF file size larger than efiling system allowances)

        ___ Unable to Scan Documents

**EXHIBIT 2**
*ODOM*, CR 21–259 JST

1

___ Physical Object (description): _____

_X_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

Dated:     November 19, 2021                    Respectfully submitted,

                                                GEOFFREY HANSEN
                                                Acting Federal Public Defender
                                                Northern District of California

                                                           /S
                                                _____
                                                JOYCE LEAVITT
                                                Assistant Federal Public Defender

**EXHIBIT 2**
*ODOM*, CR 21–259 JST

2