1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   JOYCE LEAVITT
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone:   (510) 637-3500
   Cellular telephone:   (415) 517-4879
6  Email:   Joyce_Leavitt@fd.org
7
8  Counsel for Defendant ODOM
9

10             IN THE UNITED STATES DISTRICT COURT
11             FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                       OAKLAND DIVISION
13

14  UNITED STATES OF AMERICA,                 **Case No.:** CR 21–00259 JST (RI)

15              Plaintiff,                    **STIPULATION AND [PROPOSED]**
                                              **ORDER TO MODIFY CONDITIONS OF**
16        v.                                  **RELEASE**

17  CAMERON ODOM,

18              Defendant.

19

20
        IT IS HEREBY STIPULATED, by and between the parties to this action that the conditions of
21
   release for defendant Cameron Odom to remove the condition that he be subject to GPS location
22
   monitoring, as well as remove the condition that he be subject to curfew. Mr. Odom has been on
23
   pretrial release for more than one year since April, 2021, and has been in compliance with his
24
   conditions of release. In addition, Mr. Odom filed a motion to suppress evidence which was granted
25
   by Honorable Judge Jon Tigar on March 2, 2022, dkt. 49. The government has since filed a Motion
26
   for Leave to File Motion for Reconsideration, dkt, 56, which motion is still pending.
27
        United States Pretrial Services Officer Sean Hamel has been consulted and is in agreement with
28

the proposed modifications. Assistant United States Attorney Kaitlin Elizabeth Paulson defers to the recommendation of Pretrial Services and therefore does not oppose the requests.  All other conditions of release would remain the same.

                                        IT IS SO STIPULATED.

Dated:   May 2, 2022

                                        JODI LINKER
                                        Federal Public Defender
                                        Northern District of California

                                                  /S/
                                        JOYCE LEAVITT
                                        Assistant Federal Public Defender

Dated:   May 2, 2022

                                        STEPHANIE M. HINDS
                                        United States Attorney
                                        Northern District of California

                                                  /S/
                                        KAITLIN ELIZABETH  PAULSON
                                        Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAMERON ODOM,<br><br>    Defendant. | **Case No.:** CR 21–00259 JST (RI)<br><br>**[PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release for defendant Cameron Odom are modified to remove the condition that he be subject to GPS location monitoring, as well as remove the condition that he be subject to curfew.

All other conditions of release shall remain the same.

**IT IS SO ORDERED.**

Dated:  May 3, 2022

HON. ROBERT M. ILLMAN
United States Magistrate Judge

[PROPOSED] ORDER RE: MODIFY CONDITIONS OF RELEASE
*ODOM*, CR 21–00259 JST (RI)

1